IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND RIVERA | ) | |
|     Plaintiff | ) | Case No.: 5:14-cv-00149-D |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN RELIABLE INSURANCE | ) | ORDER |
| COMPANY, FIRST NATIONAL | ) | |
| INSURANCE COMPANY OF AMERICA, | ) | |
| AND ERICK JEROME WINSTON | ) | |
|     Defendants | ) | |

THIS MATTER coming on before the undersigned upon notice from the plaintiff that his claims against First National Insurance Company of America have been settled and plaintiff requests those claims to be dismissed with prejudice;

AND IT APPEARING to the Court that all claims properly made in this action have been resolved and this action should be Dismissed With Prejudice;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims, however made, between the parties in this action are Dismissed With Prejudice.

SO ORDERED. This 5 day of October 2014.

_____
JAMES C. DEVER III
Chief United States District Judge